UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

        Plaintiff,

vs.

CLAYTON RENTALS, LLC, a New Jersey Limited Liability Company,

        Defendant.

Case No. 1:17-CV-2785-RBK-JS

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Dennis Maurer, Individually, by and through his undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dennis Maurer v. Clayton Rentals, LLC
Case No.: 1:17-cv-2785

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **13th** day of **December, 2017**, a true and correct copy of the foregoing was sent via the Court's CM/ECF System which will send a Notice of Electronic Filing to Attorneys for the Defendant, Salvatore Perillo, Esq., sperillo@npdlaw.com, Nehmad Perillo & Davis, PC, 4030 Ocean Heights Ave., Egg Harbor Township, NJ 08234.

    s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mt. Pleasant Avenue
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*